UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAJARIAN HOLDINGS, LLC, et al.,

Plaintiffs,

v.

COREVEST AMERICAN FINANCE LENDER, LLC,

Defendant.

Case No. 20-cv-00799-PJH

**SCHEDULING ORDER**

Re: Dkt. No. 61

The court is in receipt of the parties' "stipulation regarding extension of pretrial dates and deadlines." Dkt. 61. As noted in the court's pretrial order, 120 days between the dispositive motion hearing and trial is required. Dkt. 33. Because the pretrial schedule in this case appears to provide 150 days between those events, a continuance of 30 days is permissible. Any further continuance, however, would necessitate postponing the trial date to the next available date, which is in March 2022. The parties shall advise the court within seven (7) days whether they prefer (a) to keep the same trial date and continue deadlines for 30 days, or (b) to continue the trial date along with all other deadlines.

**IT IS SO ORDERED.**

Dated: March 23, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge