UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJARIAN HOLDINGS LLC, et al., | Case No.  20-cv-00799-PJH |
| Plaintiffs, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| COREVEST AMERICAN FINANCE LENDER LLC, | |
| Defendant. | |

Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference at his or her earliest convenience. The magistrate judges are very busy, and it is unlikely that the conference can be held during the weeks requested by the parties.  The parties will be advised of the date, time, and place of appearance by notice from the assigned Magistrate Judge.  The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED.**

Dated: August 25, 2021

_/s/ Phyllis J. Hamilton_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  MagRef, Assigned M/J, counsel of record

United States District Court
Northern District of California