UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJARIAN HOLDINGS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COREVEST AMERICAN FINANCE LENDER LLC,<br><br>Defendant. | Case No. 20-cv-00799-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted defendant's motion for summary judgment and denied plaintiffs' motion for partial summary judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED.**

Dated: December 1, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge